UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW SMIGELSKI, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:20-cv-4812<br>JUDGE SARAH D. MORRISON<br>MAGISTRATE JOLSON |
| v. | : | |
| GREGG CLULEY, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge Jolson on December 4, 2020. (ECF No. **7**). The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation in full. For the reasons set forth in the Report and Recommendation, Plaintiff's request to proceed *in forma pauperis* is **GRANTED**. Plaintiff shall be permitted to proceed with his claims against: (1) Defendants Unnamed SEORJ Guards for their alleged unconstitutional collection of his DNA; (2) Defendant Cluley for his alleged misrepresentations in obtaining a search warrant; and (3) Defendants Mowery, Skinner, and Gabriel for their alleged excessive force against Plaintiff. Plaintiff's remaining claims are **DISMISSED**. Plaintiff has already timely amended his Complaint. (ECF No. 8.) Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that for the reasons set forth in the Report and Recommendation an

1

appeal of this Order would not be taken in good faith and, consequently, leave for Plaintiff to appeal *in forma pauperis* is **DENIED**.

**IT IS SO ORDERED.**

s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**