Gmail    Exhibit A    A S <smigelski.andy@gmail.com>

## Subpoena notice and copy and Motion notification
1 message

**A S** <smigelski.andy@gmail.com>　　　　　　　　　　　　　　　　　　　Fri, Jan 7, 2022 at 9:09 PM
To: Cara Wright <Cara.Wright@fmglaw.com>, "Reese, Jessica" <jreese@dmclaw.com>, Michael Loughry <mloughry@mrrlaw.com>, "Rash, Anthony" <ARash@dmclaw.com>

Please find attached various subpoenas that were sent to the court today, as well a motion for these subpoenas to be served by the US Marshals Service.

Andrew

**18 attachments**

- 1-7-22 Copy of Certificate of Service.pdf
  51K
- Subpoena form BCI.pdf
  795K
- Subpoena form Abigail Saving Logan Law Director.pdf
  795K
- Subpoena Form Fairfield Prosecutor.pdf
  797K
- Subpoena form Hocking Prosecutor.pdf
  794K
- Subpoena form Fairfield Victim Advocate.pdf
  795K
- Subpoena Form Hocking Sheriff.pdf
  794K
- Subpoena form Hocking Victims Advocate.pdf
  796K
- Subpoena Form Logan Police.pdf
  794K
- Subpoena Form Ohio Attorney General.pdf
  795K
- Subpoena Form ODC.pdf
  795K
- Subpoena form Ohio Governor.pdf
  795K
- Subpoena form OHLEG Jill Small.pdf
  797K
- Subpoena Supplement Hocking Sheriff.pdf
  33K
- Subpoena form SEORJ Teresa Tracey.pdf
  794K
- Subpoena Supplement Logan Police.pdf
  40K
- Subpoena Form South Central Major Crimes.pdf
  796K

Motion for order for US Marshals Service Service.pdf
50K

Ex. A