Gmail    Exhibit B    A S <smigelski.andy@gmail.com>

## subpoenas
1 message

**A S** <smigelski.andy@gmail.com>   Tue, May 10, 2022 at 5:56 PM
To: "Rash, Anthony" <ARash@dmclaw.com>, "Michael S. Loughry" <Michael.Loughry@fmglaw.com>

The attached subpoenas went out today. As far as I know, they're identical to the ones that went out in January, just with different dates.

Andrew

**12 attachments**

- 4_29_22 SEORJ Supplement List.pdf
  48K
- Subpoena form Abigail Saving Logan Law Director.pdf
  797K
- Subpoena Form Hocking Sheriff.pdf
  796K
- Subpoena Form Fairfield Prosecutor.pdf
  799K
- Subpoena form Hocking Prosecutor.pdf
  794K
- Subpoena Form Logan Police.pdf
  796K
- Subpoena form OHLEG.pdf
  799K
- Subpoena Supplement Hocking Sheriff.pdf
  33K
- Subpoena form SEORJ.pdf
  797K
- Subpoena form SEORJ Teresa Tracey.pdf
  797K
- Subpoena Form South Central Major Crimes.pdf
  797K
- Subpoena Supplement Logan Police.pdf
  40K

To the clerk:
To Docket summons returned executed to Lisa Brooks.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lisa Brooks
1389 Ohio Ave.
Lot 26
Logan, OH 43138

9590 9402 4965 9063 9598 61

2. Article Number (Transfer from service label)
7021 0950 0000 2118 5333

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Lisa McD... ☐ Agent ☐ Addressee
B. Received by (Printed Name): Lisa McDaniel
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7021 0950 0000 2118 5333

Sent To: Lisa Brooks
1389 Ohio Ave. Lot 26
Logan, OH 43138

Andrew Smigelski
Andrew Smigelski
614-607-1250