A S <smigelski.andy@gmail.com>

## Requests
2 messages

---

**A S** <smigelski.andy@gmail.com>  Tue, Feb 22, 2022 at 2:32 PM
To: Cara Wright <Cara.Wright@fmglaw.com>, "Michael S. Loughry" <Michael.Loughry@fmglaw.com>

Hi, do you have an updated timeline on the responses to my requests? They're almost a month late at this point

Andrew

---

**Michael S. Loughry** <Michael.Loughry@fmglaw.com>  Thu, Feb 24, 2022 at 8:27 AM
To: A S <smigelski.andy@gmail.com>, Cara Wright <Cara.Wright@fmglaw.com>
Cc: "Anthony J. Rash Esq. (arash@dmclaw.com)" <arash@dmclaw.com>

Good morning Mr. Smigelski.

We will follow up with early next week on the discovery.

As for rescheduling your deposition, we propose March 21 or 22.  We would anticipate a similar location and start time. Please let us know which of those dates you prefer.

Best regards,

Mike

### Michael S. Loughry
Partner
**Freeman Mathis & Gary, LLP**
**175 South 3rd Street | Suite 1000 | Columbus, OH 43215**
**D: 614-683-8499 | C: 614-464-7495**
Michael.Loughry@fmglaw.com | LinkedIn | Bio
www.fmglaw.com | Instagram | Twitter | Facebook



CA | CT | FL | GA | IN | KY | MA | NJ | NY | OH | PA | RI | TN | TX
Please read this important notice and confidentiality statement

---

**From:** A S <smigelski.andy@gmail.com>
**Sent:** Tuesday, February 22, 2022 2:32 PM
**To:** Cara Wright <Cara.Wright@fmglaw.com>; Michael S. Loughry <Michael.Loughry@fmglaw.com>
**Subject:** Requests