Andrew Smigelski
1015 Bryan Road
Sugar Grove, Ohio 43155

April 8, 2019

Custodian of Records
Logan Police Department
50 S. Mulberry Street
Logan, Ohio 43138

Dear Custodian of Records,

Under the Ohio Open Records Law, O.R.C. 149.43, I am requesting copies of public records related to the employment of Logan Police Officers Josh Mowery and Gregg Cluley. I would like the complete personnel file of both officers, including all available information regarding hiring, performance evaluations, examinations, citizen complaints, allegations of misconduct, malfeasance, or impropriety, disciplinary records including records of reprimands, suspensions and reassignments, and any other records regarding either officer, that are not specifically exempted by O.R.C. 149.43 A (7) a-g.

Please promptly send paper copies of the aforementioned records, as well as digital copies of any records that are stored or maintained digitally, to the above listed address via USPS mail, within the statutorily established reasonable period of time; as soon as production of the records is complete.

If there are fees for the production of these records, please send an itemized invoice to the above listed address, pursuant to O.R.C. 149.43 (B)(1), (B)(6), (B)(7)(a). However, I would like to request a waiver of all fees, in that the disclosure of the requested records is in the interest of public transparency.

Thank you for your consideration and cooperation, I look forward to your prompt response.

Sincerely,

*[signature]*
Andrew Smigelski

Subscribed in my presence this 8th day of April, 2019.

**Christy A. Hoy**
NOTARY PUBLIC
STATE OF OHIO
My commission expires
January 8, 2020

*[signature]*
NOTARY PUBLIC