**CITY OF LOGAN, DIVISION OF POLICE**     **CHIEF JERRY MELLINGER**
50 SOUTH MULBERRY ST. LOGAN, OHIO 43138-1241
DISPATCH (740) 385-6866   FAX (740) 385-2800

| Capt. Ryan Gabriel | Lt. Gregg Cluley | Lt. Mike Walton | Lt. Tony Byram |
| Executive Officer | Investigations Supervisor | Patrol Supervisor | Patrol Supervisor |

Apr 24, 2019

To: Andrew Smigelski

Re: Public Records Request

Please find enclosed, the response to your public records request received by our Department, dated Apr 08, 2019.

Your request is overly broad and ambiguous. Although we are producing certain records that we believe are responsive to this request, the Office invites you to clarify your request in order to give the Office notice of the specific record(s) that you are seeking.

Without waiving any objection to your request, the Office keeps a file that contains certain employment-related documents of Logan Police Officers Josh Mowery and Gregg Cluley. A copy of those files are produced herewith.

Please be aware that this Department does not produce items in personnel files that do not document the activities of this Department, as these are not public records. Nor is every item in a 'personnel file' is a public record. *Fant v. Enright*, 66 Ohio St.3d 186, 188 (1993).

Pursuant to section 149.43(A)(8)(a-g) of the Ohio Revised Code, portions of the public records request were redacted or omitted due to their status as exempted. Redacted records include personal information including but not limited to social security numbers, driver's license, bank account information, and residential and familial information of a "designated public service worker" pursuant to R.C. 149.43(B)(8). This Office does not produce (or redacts, as appropriate) any personal information that might be contained in an employee's personnel file.

Thank You,

Jerry Mellinger

Chief of Police