

**CITY OF LOGAN, DIVISION OF POLICE**     **CHIEF JERRY MELLINGER**
50 SOUTH MULBERRY ST. LOGAN, OHIO 43138-1241
DISPATCH (740) 385-6866   FAX (740) 385-2800

| Capt. Ryan Gabriel | Lt. Gregg Cluley | Lt. Mike Walton | Lt. Tony Byram |
|---|---|---|---|
| *Executive Officer* | *Investigations Supervisor* | *Patrol Supervisor* | *Patrol Supervisor* |

Mr. Smigelski,

Pursuant to a Public Records Request made on April 6, 2019, enclosed please find the City of Logan Police Department's supplemental response to the April 6, 2019, records request. Specifically, your request consisted of:

Copies of public records related to the employment of Logan Police Officers Josh Mowery and Gregg Cluley. I would like the complete personnel file of both officers, including all available information regarding hiring, performance evaluations, examinations, citizen complaints, allegations of misconduct, malfeasance, or impropriety, disciplinary records including records of reprimands, suspensions and reassignments, and any other records regarding either officer, that are not specifically exempted by O.R.C. 149.43A(7)a-g.

Following the records previously sent to you on 24 April, 2019, by the City of Logan Police Department, these additional enclosed items have been identified as Public Records pursuant to Ohio Revised Code § 149.43, et. seq.

Should you have any questions, please give me a call at 740-385-6866.

Sincerely,

Jerry Mellinger

Chief of Police