## <u>CERTIFICATE OF SERVICE</u>

I, Andrew Smigelski, the Plaintiff Pro Se, certify that copies of the above Plaintiff's Reply to Response  have been served upon the counsel for Defendants Mowery, Gabriel,Skinner, and Cluley, Brooks via ECF on August 1, 2022.

Michael S. Loughry
Freeman Mathis & Gary, LLP
65 East State Street | Suite 2550 | Columbus, OH 43215
D: 614-683-8499 | C: 614-464-7495
Michael.Loughry@fmglaw.com
Cara.Wright@fmglaw.com

**Counsel for Cluley, Skinner, Gabriel.**

Anthony J. Rash, Jessica Reese
Dickie, McCamey * Chilcote, P.C
250 Civic Center Drive
Suite 280
Columbus, Ohio 43215.
Jreese@dmclaw.com
ARash@dmclaw.com

**Counsel for Mowery**

**/s/Andrew Smigelski_____**
**Andrew Smigelski**
**Plaintiff Pro Se**
**1015 Bryan Road**
**Sugar Grove, Ohio 43155**
**614-607-1230**
**Smigelski.Andy@gmail.com**