THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ANDREW SMIGELSKI, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 2:20-cv-4812 |
| | : | |
| GREGG CLULEY, *et al.*, | : | Hon. Sarah D. Morrison, Judge / |
| Defendants. | : | Hon. Kimberly A. Jolson, Magistrate Judge |

# DEFENDANT, JOSH MOWERY'S, REPLY IN SUPPORT OF MOTION TO STRIKE CONFIDENTIAL DOCUMENT

AND NOW, Comes the Defendant, Josh Mowery, by and through his attorneys, Dickie, McCamey & Chilcote, P.C., and asserts the following in support of this Reply in Support of Motion to Strike Confidential Document:

1. On Monday, August 22, 2022, this Honorable Court issued its Opinion and Order [Dkt. #126] addressing several then-pending motions, one of which concerned Defendant, Josh Mowery's, Motion to Strike [Dkt. at #115] a confidential document appended as an exhibit to Plaintiff's Reply [Dkt. at #114] to the Logan Police Department and Abigail Saving's Response to Plaintiff's Motion to Compel.

2. Per the Court's directive, Mr. Mowery respectfully wishes to advise the Court he has no objection or concern to the Court merely sealing the document that is the subject of his Motion to Strike; that document is filed at #114-8. Mr. Mowery takes this position given that the Reply to which the confidential document was appended concerned Plaintiff's Motion to Compel [Dkt. #98], which is now moot given the Court's August 22, 2022 Opinion and Order denying that Motion to Compel.

WHEREFORE, Defendant, Josh Mowery, respectfully requests this Honorable Court to enter an Order sealing that 116-page exhibit filed at Dkt. #114-8.

    Respectfully submitted by,

    DICKIE, McCAMEY & CHILCOTE, P.C.

    /s/ *Jessica A. Reese*
    Jessica A. Reese, Esquire
    Ohio Bar No.: 0087028
    E-mail: jreese@dmclaw.com

    250 Civic Center Drive, Suite 280
    Columbus, OH 43215-5086
    Tele. No.: 614-258-6000

    /s/ *Anthony J. Rash*
    Anthony J. Rash, Esquire
    *Admitted Pro Hac Vice*
    E-mail: arash@dmclaw.com

    Two PPG Place – Suite 400
    Pittsburgh, PA 15222
    Tele. No.: 412.392.5222

    Attorneys for Defendant, Josh Mowery

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| ANDREW SMIGELSKI,           : | |
| Plaintiff,   : | |
| v.                                : | C.A. No. 2:20-cv-4812 |
| : | |
| GREGG CLULEY, *et al.*,     : | |
| Defendants.    : | |

## ORDER OF COURT

AND NOW, this _____ day of August, 2022, upon consideration of Defendant, Josh Mowery's, Motion to Strike Confidential Document, Plaintiff's Response thereto and Mr. Mowery's Reply in support of his motion, it is hereby ordered that such motion is granted and the Clerk of Court is directed to seal from the docket in this action the 116-page document filed at Dkt. #114-8.

So ordered,

_____
Kimberly A. Jolson
United States District Court Magistrate Judge

## CERTIFICATE OF SERVICE

I, Anthony J. Rash, Esquire, hereby certify that true and correct copies of the foregoing were served this 22nd day of August, 2022 upon the below-listed *pro se* Plaintiff and counsel of record via CM/ECF means:

Mr. Andrew Smigelski
1015 Bryan Road
Sugar Grove, OH 43155
E-mail: smigelski.andy@gmail.com
***Pro Se* Plaintiff**

Michael S. Loughry, Esquire
Cara M. Wright, Esquire
Freeman, Mathis & Gary, LLP
65 East Main Street, Suite 10002550
Columbus, OH 43215
**Counsel for Detectives Gregg Cluley and Ben Skinner
and Captain Ryan Gabriel**

Respectfully submitted by,

DICKIE, McCAMEY & CHILCOTE, P.C.

/s/ *Anthony J. Rash*

Anthony J. Rash, Esquire
*Admitted Pro Hac Vice*
E-mail: arash@dmclaw.com

Two PPG Place – Suite 400
Pittsburgh, PA 15222
Tele. No.: 412.392.5222

Attorneys for Defendant, Josh Mowery