# OHIO BCI DATABASE DNA COLLECTION FORM

INSTRUCTIONS: PLEASE PRINT ALL INFORMATION LEGIBLY

1. Check Subject's CCH/Rap Sheet in OHLEG/LEADS.
2. If Rap Sheet says "DNA Not Collected," complete this form, collect the DNA sample and mail to BCI.
3. For an acceptable thumbprint:
   a. ROLL the right thumb onto the inkpad from cuticle to cuticle. A different digit may be used if necessary; however, please note on the form which digit is used.
   b. ROLL from cuticle to cuticle onto the box(es) below.
4. Print the Subject's name and ITN, SSN or BCI number on the collector handle.

**NOTE: DNA KIT WILL NOT BE ACCEPTED IF:**
- **THE SUBJECT'S NAME IS MISSING FROM THE COLLECTOR HANDLE**
- **THE THUMBPRINT IS POOR QUALITY OR MISSING**

## QUESTIONS? Email CODIS@OhioAttorneyGeneral.gov

THE PRINT SHOULD LOOK LIKE THIS:

THE BUCCAL SWAB SHOULD LOOK LIKE THIS:

One or both must be completed:
ITN# 158498FK  (Found on Tenprint Card)
BCI# (Found on OHLEG)

First Name: Andrew
Middle Name: Mark  Suffix:
Last Name: Smigelski

Social Security #: [redacted]  DOB: [redacted]

Race: ● Caucasian  ○ African-American  ○ Hispanic  ○ Other: ____

Subject's Signature: [signature]

Collection Agency ORI #: OH005013C
Qualifying Offense (Use ORC): 2903.21
Date Collected: 09/12/2018
Collector's Name: Lisa Brooks

**IMPORTANT: Please Select One**

**Subject Verified By:**
○ Livescan/RapidID
● Administrative Source/Government ID
○ Unable to Verify Identity

● Male  ○ Female

**Sample Collected Per:**
○ Conviction
● Arrest
○ Adjudication

---

**REQUIRED: Rolled Right Thumbprint**
Ridge detail MUST be visible. USE OTHER BOXES IF NEEDED.



FOR LAB USE ONLY

RECEIVED SEP 1 7 2018

A18024526



...collected pursuant to Ohio law and will be forwarded to BCI for entry into the DNA database. Ohio Rev. Code 2901.07 and 2152.74.