

## Southeastern Ohio Regional Jail
### Nelsonville, Ohio
Athens – Hocking – Perry – Morgan - Vinton

### INMATE INTAKE FORM

**\*\*Please complete all information on all new inmates\*\***

Date/Time: 8:36 am 9/12/18

Full Name: Smigelski   Andrew   M
(Last)   (First)   (M I)

SSN: 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   DOB: 12/30/92

| Charges (description) | Ohio Revised Code | Fel / Mis |
|---|---|---|
| 1. Menacing | 1. 2903.21 | 1. M-1 |
| 2. Inducing Panic | 2. 2917.31A1 | 2. F3 |
| 3. | 3. | 3. |
| 4. | 4. | 4. |
| 5. | 5. | 5. |

Copies of warrants / commit paperwork must be given to the booking officer

County of Court: Hocking   Court date: ___

Bond amount: ___   Warrant check? YES / NO

Under the influence of alcohol / drugs? YES / NO   Inmate suicidal? YES / NO

Known medical/mental health risks? YES / NO   Use of less lethal upon arrest? Taser/OC

___
Arresting agency

___
Agency to be billed

___
Transporting Officer/unit#/agency

___
Officer who patted down inmate