# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ANDREW SMIGELSKI, | ) |
| | ) CASE NO. 2:20-cv-04812 |
| Plaintiff, | ) |
| | ) JUDGE MORRISON |
| vs. | ) |
| | ) MAGISTRATE JUDGE JOLSON |
| GREGG CLULEY, et al., | ) |
| | ) |
| Defendants | ) |
| | ) |

## DEFENDANT LT. GREGG CLULEY'S RESPONSE TO PLAINTIFF'S SECOND SET OF INTERROGATORISE REQUESTS FOR ADMISSIONS

Now comes Defendant Gregg Cluley, by and through counsel, Freeman Mathis & Gary LLP, and for his response to Plaintiff's Second Set of Interrogatories and Requests for Admissions, states as follows:

## DEFENDANT'S PRELIMINARY STATEMENT

Defendant ("Defendant" and "Lt. Cluley") has not fully completed his investigation of the facts relating to this case, discovery in this action, or preparation for trial. All of the answers contained herein are based only upon such information and documents that are presently available to and specifically known to Lt. Cluley. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts and contentions, which may, in turn, clarify and add meaning to known facts, as well as establish entirely new factual matters, all of which may lead to substantial additions to, changes in, and variations from the contentions, answers and responses herein set forth by Lt. Cluley. The following answers and responses are given without prejudice to Lt. Cluley's right to produce evidence of any subsequently discovered fact(s), witness (es), document(s) or information that Lt. Cluley may later recall.

Lt. Cluley accordingly reserves the right to change any and all answers herein as additional facts are ascertained, analyses are made, legal research is completed and contentions are formulated. The answers and responses contained herein are made in a good faith effort to supply as much factual information, responsive documents, and specification of legal contentions as are presently known, but should in no way be to the prejudice of Lt. Cluley in relation to further discovery, research, or analysis. This preliminary statement is incorporated into each and every answer set forth below.

No incidental or implied admission of fact by Lt. Cluley is made by the answers and responses below.

## **DEFENDANT'S GENERAL OBJECTIONS**

Lt. Cluley makes the following general objections and responses, each of which may be incorporated by reference into the specific Answers to Interrogatories or Requests for Admissions set forth below. These general objections may be specifically referred to in an Answer for the purpose of clarity; however, the failure to specifically incorporate a general objection does not constitute a waiver of that objection.

1. Lt. Cluley interprets the Interrogatories and Requests for Admissions to not include requests for information that are privileged under the attorney-client privilege, the attorney-work product doctrine, or any other applicable claim, law or rule of privilege or other protection from disclosure. To the extent the Interrogatories and Requests for Admissions seek such information, Lt. Cluley objects to producing privileged information. Lt. Cluley will not produce or disclose privileged information in response to the Interrogatories and Requests for Admissions and any undertaking by Lt. Cluley to respond should be understood to exclude privileged information.

2. Lt. Cluley objects to any defined or undefined terms which differ from how it uses such terms in the ordinary course of business, and any use of such terms in these answers and responses does not constitute a waiver of any objections regarding the definition or scope of such terms.

3. Lt. Cluley objects to the Interrogatories and Requests for Admissions of Documents to the extent they seek information which is known by or in the possession, custody or control of, persons other than Lt. Cluley.

4. Lt. Cluley objects to the Interrogatories and Requests for Admissions, to the extent they seek materials that are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

5. Lt. Cluley reserves its right to make any other objections it deems necessary and also reserves its right to move the court for a protective order.

6. Lt. Cluley reserves all objections as to the admissibility at trial of any information provided.

## DEFENDANT'S RESERVATION OF OBJECTIONS

The undersigned counsel hereby certifies each and every objection contained herein in accordance with the Ohio Civil Rules.

*s/Cara M. Wright*
Cara M. Wright (0084583)

**Interrogatory No. 20**

Identify and detail the scope of the investigation that led to you obtaining the search warrant, including the total duration of the investigation, witnesses interviewed, evidence obtained and reviewed and any attempt to corroborate and/or verify the above information/evidence and/or any information written and sworn on the search affidavit.

**Response:**

**Objection to the extent that this request is overbroad, unduly burdensome, ambiguous and compound. Without waiving this objection, please see documents produced by Lt. Cluley, Captain Gabriel and Officer Skinner in response to Plaintiff's First Set of Requests for Production of Documents, including those documents Bates Stamped Logan 000001-000043, and the body worn camera recordings and photographs that were previously produced.**

**Requests for Admission No. 19**

Admit that no firearm was found as a result of the search warrant written by Gregg Cluley that led to the search of Plaintiff's home.

**Response:**

**Admit that Plaintiff's firearm was secured prior to the execution of the search warrant and that no additional firearms were found during the execution of the search warrant.**

**Request for Admission No. 20**

Admit that one single bullet was found as a result of the search warrant written by Gregg Cluley that led to the search of Plaintiff's home.

**Response:**

**Admit only that during the course of the execution of the search warrant one 9 mm bullet was found and seized.**

**Request for Admission No. 21**

Admit that several hundred to several thousand pages of Plaintiff's writing was viewed by officers while inside of Plaintiff's home as a result of the search warrant that was written by Gregg Cluley.

**Response:**

**Admit only that several handwritten pages of a notebook were viewed and photographed during the execution of the search warrant.**

**Request for Admission No. 22**

Admit that election mail was photographs at Plaintiff's home as a result of the search warrant written by Gregg Cluley.

**Response:**

**Admit only that a photograph was taken of a letter addressed to Andrew Smigelski from Jon Husted, the Ohio Secretary of State.**

**Request for Admission No. 23**

Admit that both fiction and non-fiction books were photographed as a result of the search warrant written by Gregg Cluley.

**Response:**

**Admit.**

**Request for Admission No. 24**

Admit that both fiction and non-fiction writing written by Plaintiff was photographs during the search warrant search of Plaintiff's home.

**Response:**

**Admit only that photographs were taken of notebooks that contained handwritten words. The author of the writing is unknown and it is unknown whether the writing is fiction or non-fiction.**

**Request for Admission No. 25**

Admit that the aforementioned items being photographed legally constituted a search and seizure.

**Response:**

**Admit that the photographs were taken during the execution of the search warrant, but deny that the act of taking a photograph constitutes a seizure. A list of the items that were seized during the execution of the search warrant was previously produced.**

    Respectfully submitted,

    FREEMAN MATHIS & GARY, LLP

    *s/Cara M. Wright*
    MICHAEL S. LOUGHRY (0073656) - *Trial Attorney*
    CARA M. WRIGHT (0084583)
    65 East State Street, Suite 2550
    Columbus, OH 43215
    T: 614-683-8499 | F: 833-330-3669
    michael.loughry@fmglaw.com
    cara.wright@fmglaw.com

    *Counsel for Defendants Gregg Cluley, Ryan Gabriel and Ben Skinner*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2022, a copy of the foregoing *Defendant Lt. Greg Cluley's Response to Plaintiff's Second Set of Request for Admissions* was served via email to the following:

Andrew Smigelski
1015 Bryan Road
Sugar Grove, OH 43155
smigelski.andy@gmail.com

Anthony J. Rash, Esq.
DICKIE, MCCAMEY & CHILCOTE, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
arash@dmclaw.com

Jessica A. Reese, Esq.
DICKIE, MCCAMEY & CHILCOTE, P.C.
250 Civic Center Drive, Suite 280
Columbus, OH 43215
jreese@dmclaw.com

*Counsel for Joshua Mowery*

*/s/Cara M. Wright*
MICHAEL S. LOUGHRY (0073656)
CARA M. WRIGHT (0084583)

*Counsel for Defendants Gregg Cluley, Ryan Gabriel and Ben Skinner*