AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| ANDREW SMIGELSKI, | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.    2:20-CV-4812 |
| GREGG CLULEY, et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☒ other:    Pursuant to the Opinion and Order of 3/29/2023 signed by Judge Sarah D. Morrison _____
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☐ decided by Judge _____ on a motion for _____

_____ .

Date: _____ 03/29/2023 _____

         *CLERK OF COURT*

         s/Maria Rossi Cook
         _____
         *Signature of Clerk or Deputy Clerk*